**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-10150

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mario E. Beltran and Maria Z. Beltran<br>        Debtor<br>_____<br>Wells Fargo Bank, N.A.<br><br>        Movant,<br>  vs.<br><br>Mario E. Beltran and Maria Z. Beltran, Debtor; Stanley J. Kartchner, Trustee.<br><br>        Respondents. | No. 4:09-bk-18989-JMM<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #24) |

On this day came on for consideration, Wells Fargo Bank, N.A., its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's …

interest in the following described real property is abandoned:

…

769 E Payton St
Queen Creek AZ 85240

and legally described as:

LOT 176, OF PECAN CREEK NORTH PARCEL 2, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET D, SLIDE 135